**Wilfredo Gonzalez LORA,
Plaintiff–Appellant,**

v.

**U.S. IMMIGRATION & NATURALIZATION SERVICE, General Director from the Arlington Virginia Division, Defendant–Appellee.**

**No. 02–7834.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 20, 2003.

Decided March 25, 2003.

Wilfredo Gonzalez Lora, pro se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Wilfredo Gonzalez Lora appeals the district court's orders (1) dismissing his claims under the Privacy Act, 5 U.S.C. § 552a (2000), for failure to state a claim, *see* 28 U.S.C. § 1915A(b)(1) (2000), and (2) denying his motion filed under Fed. R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lora v. INS,* No. CA–02–756–2 (E.D. Va. Oct. 8, 2002; Nov. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*